UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TISHA PALMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:22-CV-03992 |
| | § | |
| TEXAS CHILDREN'S HOSPITAL, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Plaintiff hereby appeals, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Fifth Circuit, from the Order (Doc. 21) entered on March 19, 2024, by the United States District Court, Southern District of Texas, Houston Division, which granted Defendant's Motion for Summary Judgment.

Dated: April 15, 2024.

                                                Respectfully submitted,

                                                WOODFILL LAW FIRM, P.C.

                                                */s/ Jared R. Woodfill*
                                                Jared R. Woodfill
                                                State Bar No. 0788715
                                                Federal Bar No. 17069
                                                3 Riverway, Suite 750
                                                Houston, Texas 77056
                                                Tel: (713) 751-3080
                                                Fax: (713) 751-3058
                                                woodfillservice@gmail.com (service)
                                                jwoodfill@woodfilllaw.com (non-service)
                                                *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on April 15, 2024.

                                    */s Jared R. Woodfill*
                                    Jared R. Woodfill