# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

Mrs. Nehal Anand
Littler Mendelson, P.C.
1301 McKinney Street
Suite 1900
Houston, TX 77010

Mr. Andrew Barber
Littler Mendelson, P.C.
1301 McKinney Street
Suite 1900
Houston, TX 77010

    No. 24-20174   Palms v. Texas Children's Hospital
                      USDC No. 4:22-CV-3992

Dear Counsel:

The court has requested a response to the Appellant's petition for rehearing en banc to be filed in this office on or before September 5, 2025.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Rebecca Andry_
                Rebecca Andry, Deputy Clerk
                504-310-7638

cc:
    Mr. Andrew Layton Schlafly
    Mr. Jared Ryker Woodfill V