

**Littler Mendelson, PC**
1301 McKinney Street
Suite 1900
Houston, TX  77010

Nehal S. Anand
713.652.4775 direct
713.951.9400 main
713.951.9212 fax
nanand@littler.com

## VIA ELECTRONIC CASE FILING

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals
For The Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:    Notice of Settlement
       No. 24-20174; *Tisha Palms v. Texas Children's Hospital;* U.S. Court of Appeals for the Fifth Circuit, District Court No. 4:22-cv-03992

Dear Mr. Cayce:

Defendant Texas Children's Hospital ("TCH") hereby notifies the Court that TCH and Plaintiff Tisha Palms have resolved all matters in dispute in the above-referenced action as to all parties.  The parties plan to jointly move to dismiss this action with prejudice to refiling, with each party to bear its own costs and attorneys' fees.

Please feel free to contact me if you have any questions regarding this matter.

Sincerely,

*Nehal Anand*

Nehal S. Anand

NSA/lab

cc:    Jared Woodfill [Via ECF]