NO. 24-20174

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Tisha Palms,

                Plaintiff-Appellant

v.

Texas Children's Hospital

                Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
No. 4:22-cv-03992

---

**AGREED MOTION TO DISMISS APPEAL OF PLAINTIFF-APPELLANT**

---

                Nehal S. Anand
                State Bar No. 24070600
                LITTLER MENDELSON, P.C.
                1301 McKinney Street, Suite 1900
                Houston, TX  77010
                713.951.9400 (Telephone)
                nanand@littler.com

                Attorney for Defendant/Appellee
                TEXAS CHILDREN'S HOSPITAL

TO THE HONORABLE UNITED STATES COURT OF APPEALS:

Defendant-Appellee Texas Children's Hospital, pursuant to Federal Rule of Appellate Procedure 42(b), hereby files this agreed motion to dismiss the above-captioned appeal and all pending motions/petitions for rehearing.

Pursuant to an agreement reached by the parties to this appeal and underlying district court action, the parties move to dismiss this appeal with prejudice with each party bearing their own costs and attorney's fees in connection with this appeal.

For these reasons, Appellee prays that this Court sign an order dismissing this appeal with prejudice with each party bearing their own costs and attorney's fees in connection with this appeal.

Dated:   December 2, 2025               Respectfully submitted,

                                        */s/ Nehal Anand*
                                        Nehal S. Anand
                                        Texas Bar No. 24070600
                                        nanand@littler.com

                                        LITTLER MENDELSON, P.C.
                                        1301 McKinney Street, Suite 1900
                                        Houston, TX  77010
                                        Telephone:  713.951.9400
                                        Facsimile:  713.951.9212

                                        **ATTORNEY FOR APPELLEE**
                                        **TEXAS CHILDREN'S HOSPITAL**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. Jared R. Woodfill, counsel for Tisha Palms, on December 1, 2025 concerning the filing of this motion. Counsel agreed to the relief sought by this motion

                                              */s/ Nehal S. Anand*
                                              Nehal S. Anand

                                              Attorney for Defendant/Appellee
                                              TEXAS CHILDREN'S HOSPITAL

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jared R. Woodfill
5850 San Felipe, 5th Floor
Houston, Texas 77057
Tel: (713) 751-3080
Fax: (713) 751-3058
woodfillservice@gmail.com (service)

                                              */s/ Nehal S. Anand*
                                              Nehal Anand