# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20174   Palms v. Texas Children's Hospital
                  USDC No. 4:22-CV-3992

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mrs. Nehal Anand
Mr. Andrew Barber
Mr. Nathan Ochsner
Mr. Andrew Layton Schlafly
Mr. Jared Ryker Woodfill V